JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWINELL, LLC et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH MCCULLOUGH et al., <br><br> Defendants. | Case No. 2:23-cv-10029-SB-KES <br><br> FINAL JUDGMENT |

  For the reasons stated in the separate order granting Defendants' motion for summary judgment entered this day, Plaintiffs' claims are dismissed for lack of subject-matter jurisdiction.

  This is a final judgment.

Date: April 7, 2025

                _____
                 Stanley Blumenfeld, Jr.
                 United States District Judge